# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 21, 2024

*By the Court:*

| | |
|---|---|
| No. 24-2111 | IN RE: HARLEY-DAVIDSON AFTERMARKET PARTS MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION <br><br> EDWARD HEYMER, et al., <br>     Plaintiffs - Appellants <br> v. <br> HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC and HARLEY-DAVIDSON MOTOR COMPANY, INCORPORATED, <br>     Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:23-md-03064-WCG <br> Eastern District of Wisconsin <br> District Judge William C. Griesbach | |

The following is before the court:

1.   **NOTICE OF CHANGE OF LEAD COUNSEL**, filed on August 20, 2024, by counsel for the appellees.

2.   **APPELLEES' UNOPPOSED MOTION TO EXTEND DUE DATE FOR APPELLEES' BRIEF**, filed on August 20, 2024, by counsel for the appellees,

**IT IS ORDERED** that the motions are **GRANTED**. The docket reflects that attorney John M. Thomas is designated as lead counsel for appellees Harley-Davidson Motor Company Group, LLC and Harley-Davidson Motor Company, Incorporated.
Briefing will proceed as follows:

   1.    The brief of the appellees is due by September 19, 2024.

-over-

No. 24-2111                                                                                          Page 2

2.     The reply brief of the appellants, if any, is due by October 10, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).