# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 8, 2025

**Before**

THOMAS L. KIRSCH II, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

No. 24-2111

| | |
|---|---|
| IN RE: HARLEY-DAVIDSON AFTERMARKET PARTS MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| EDWARD HEYMER, *et al.*,　　*Plaintiffs-Appellants*,　v. | No. 2:23-MD-03064 William C. Griesbach, *Judge*. |
| HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC and HARLEY-DAVIDSON MOTOR COMPANY, INCORPORATED,　　*Defendants-Appellees*. | |

**O R D E R**

On consideration of the petition for rehearing *en banc* filed by Appellants on August 29, 2025, a judge in regular active service called for a vote. A majority of judges in regular active service voted to deny the petition.

On the majority vote, the petition for rehearing *en banc* is **DENIED**.